THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH CARLTON, Defendant-Appellant.

(No. 58568;

First District (1st Division)—May 6, 1974.

744

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Robert Gevirtz, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE VIRGIL, Defendant-Appellant.

(No. 59319;

First District (1st Division)—May 6, 1974.